442 A.2d 345

Commonwealth v. Johnson, Appellant.

Submitted May 12, 1981. Michael J. Stack, Jr., for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

442 A.2d 345

Commonwealth v. Johnson, Appellant.

Submitted May 6, 1981. Buford W. Tatum, II, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., SPAETH and CAVANAUGH, JJ.

The judgment of sentence affirmed.